

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-2-1995

# Helen v DiDario

Precedential or Non-Precedential:

Docket 94-1243

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Helen v DiDario" (1995). *1995 Decisions.* Paper 28.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/28

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 94-1243


HELEN L., BEVERLY D., FLORENCE H.,
ILENE F., IDELL S., and AMERICAN DISABLED
FOR ATTENDANT PROGRAMS TODAY ("A.D.A.P.T.")

Idell S., Appellant

v.

ALBERT L. DiDARIO, individually and in his
official capacity as Superintendent of Norristown
State Hospital, and KAREN F. SNIDER, in her capacity
as Secretary, Pennsylvania Department of Public Welfare

Karen F. Snider, Appellee


Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 92-6054)


Argued September 13, 1994

Before: MANSMANN, COWEN and McKEE, <u>Circuit Judges</u>


ORDER AMENDING SLIP OPINION



IT IS HEREBY ORDERED that the following portion of the

Slip Opinion at 15 filed in this case on January 31, 1995:
        "The prohibitions contained in the later
        regulations are under a regulation which
        states 'Discriminatory actions prohibited.'

45 U.S.C. § 84.4(b)(1). That regulation does not state that the actions set forth are prohibited per se. Rather, it states that recipients of federal funds may not engage in the enumerated acts 'on the basis of handicap.' 45 U.S.C. § 84.4(b)(1)."

be amended as follows:

"The prohibitions contained in the later regulations are under a regulation which states 'Discriminatory actions prohibited.' 45 C.F.R. § 84.4(b)(1). That regulation does not state that the actions set forth are prohibited per se. Rather, it states that recipients of federal funds may not engage in the enumerated acts 'on the basis of handicap.' 45 C.F.R. § 84.4(b)(1)."

BY THE COURT

/s/ Theodore A. McKee
Circuit Judge

Dated: February 2, 1995